HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman SBN 154481
Alec Segarich SBN 260189
100 Pine Street, Suite. 1550
San Francisco, CA 94111
Telephone:   (415) 362-1111
Facsimile:    (415) 362-1112
mhoffman@employment-lawyers.com

Attorneys for Plaintiffs

BRYAN CAVE LLP
Julie E. Patterson, California Bar No. 167326
jepatterson@bryancave.com
Jesse E.M. Randolph, California Bar No. 221060
jesse.randolph@bryancave.com
Nikol M. Kim, California Bar No. 260866
nikol.kim@bryancave.com
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL GODHIGH, | **CASE NO: 3:09-CV-01822 SI** |
| Plaintiff | **STIPULATION AND PROPOSED ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| vs. | |
| | **[PROPOSED] ORDER** |
| SEARS HOLDING CORPORATION; a corporation, SEARS HOME IMPROVEMENT PRODUCTS, INC.; a corporation, SEARS ROEBUCK AND CO., a corporation, | |
| Defendants | |

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

STIPULATION TO DISMISS COMPLAINT
[PROPOSED] ORDER
3:09-cv-01822 SI

Plaintiff EARL GODHIGH, and Defendant SEARS HOME IMPROVEMENT

PRODUCTS, INC. ("SHIP") hereby jointly stipulate to Dismissal of the entire Action with

prejudice pursuant to rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, each side to bear

their own costs and fees.


DATED: December 7, 2009          HOFFMAN EMPLOYMENT LAWYERS, LLP
                                 _____/S/_____
                                 Michael Hoffman
                                 Attorney for Plaintiffs Earl Godhigh et al.

DATED: December 7, 2009          BRYAN CAVE LLP

                                          /S/

                                 _____
                                 Julie Patterson
                                 Attorney for Defendant SHIP

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
3:09-cv-01822 SI

1

2              UNITED STATES DISTRICT COURT

3              NORTHERN DISTRICT OF CALIFORNIA

4

5   EARL GODHIGH, an individual,          )     CASE NO: 3:09-cv-01822 SI
                                          )
6          Plaintiffs,                     )     **[PROPOSED] ORDER GRANTING**
                                          )     **DISMISSAL OF COMPLAINT**
7          vs.                             )
                                          )
8   SEARS HOLDING CORPORATION; a           )
    corporation, SEARS HOME                )
9   IMPROVEMENT PRODUCTS, INC.; a          )
    corporation, SEARS ROEBUCK AND CO., )
10  a corporation,                         )
                                          )
11         Defendants                      )

12  _____

13

14

15         Based upon the Stipulation of the parties, and for good cause, Plaintiff's

16  Complaint is hereby dismissed with prejudice, each side to bear their own costs and fees.

17

18

19  

20  _____
            Judge Susan Illston
21          UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28  _____
            STIPULATION TO AMEND COMPLAINT
            [PROPOSED] ORDER
            3:09-cv-01822 SI

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

-1-

STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
C 09-00765 SI